## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01335-MEH

DOROTHY PAOLINI,

    Plaintiff,

     v.

WINDHAM PROFESSIONALS, INC.,

    Defendants.

## **NOTICE OF SETTLEMENT**

    TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: November 7, 2016        By: */s/ Joseph C. Hoeffel*
                                                Joseph C. Hoeffel, Esquire
                                                PA Attorney ID No. 314813
                                                Kimmel & Silverman, P.C.
                                                30 E. Butler Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Fax: (877) 788-2864
                                                Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Derek. C. Anderson, Esq.
Ashley Young, Esq.
Winget, Spadafora & Schwartzberg, LLP
1113 Spruce Street, Suite 502
Boulder, CO 80302
anderson.d@wssllp.com
young.a@wssllp.com

Date:  November 7, 2016               By: /s/ Joseph C. Hoeffel
                                          Joseph C. Hoeffel, Esq.
                                          Kimmel & Silverman, P.C.
                                          30 E. Butler Pike
                                          Ambler, PA 19002
                                          Phone: (215) 540-8888 ext. 105
                                          Fax: (877) 788-2864
                                          jhoeffel@creditlaw.com