# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:16-cv-01335-MSK-MEH**

DOROTHY PAOLINI,

    Plaintiff,

v.

WINDHAM PROFESSIONALS, INC.,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dorothy Paolini and Defendant Windham Professionals, Inc. (collectively the "Parties"), through their respective counsel, notify the Court of this stipulation for dismissal with prejudice:

This stipulation for dismissal with prejudice expressly includes all claims brought by Plaintiff against Defendant and all requests for fees and/or costs by either party. Each of the Parties shall bear their own attorneys' fees and costs.

Respectfully submitted this 20th day of December, 2016.

| | |
|---|---|
| */s/ Joseph C. Hoeffel* | */s/ Ashley Young* |
| Amy L. Bennecoff Ginsburg, Esq.<br>Joseph C. Hoeffel, Esq.<br>KIMMEL & SILVERMAN, P.C.<br>30 E. Butler Pike<br>Ambler, PA 19002<br>T: (215) 540-8888<br>F: (877) 788-2864<br>*Attorneys for Plaintiff Dorothy Paolini* | Derek. C. Anderson, Esq.<br>Ashley Young, Esq.<br>Winget, Spadafora & Schwartzberg, LLP<br>1113 Spruce Street, Suite 502<br>Boulder, CO 80302<br>T: (303) 482-1046<br>F: (303) 482-2601<br>Email: young.a@wssllp.com<br>*Attorneys for Defendant*<br>*Windham Professionals, Inc.* |

**CERTIFICATE OF SERVICE**

I, Ashley Young, certify that on this 20th day of December, 2016, the foregoing *Stipulation for Dismissal With Prejudice* was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Ashley Young*
Ashley Young

Amy L. Bennecoff Ginsburg, Esq.
Joseph C. Hoeffel, Esq.
KIMMEL & SILVERMAN, P.C.
30 E. Butler Pike
Ambler, PA 19002
*Counsel for Plaintiff Dorothy Paolini*